**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Chris Langer, <br><br> Plaintiff, <br><br> v. <br><br> John Gunderson, et al.., <br><br> Defendant(s). | SACV 18-01379 JVS (ADSx) <br><br> ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 60 days</u>, to reopen the action if settlement is not consummated.

DATED: January 22, 2019

_____

James V. Selna

United States District Judge